AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| JESSICA LUMANAI BRUMAGHIM<br>1013 EAST PARK AVE. #18<br>ENTERPRISE, AL | Case Number: 1:06CR170-WHA |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JESSICA LUMANAI BRUMAGHIM__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with   (brief description of offense)

Conspiracy to Manufacture, Possess w/Intent to Distribute Methamphetamine

in violation of Title __21__ United States Code, Section(s) __846 and 841(a)(1)__

| DEBRA P. HACKETT | [signature]                               | September 11, 2006 |
|---|---|---|
| Name of Issuing Officer | Signature of Issuing Officer - DEPUTY CLERK | DATE |
| CLERK OF COURT | MONTGOMERY, ALABAMA | |
| Title of Issuing Officer | Date and Location | |

Bail fixed at $  to be set at initial appearance         BY   U.S. MAGISTRATE JUDGE
                                                              Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |