IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO.  1:06cr170-WHA |
| | ) | |
| JESSICA LUMANAI BRUMAGHIM | ) | |

### **ORDER**

For good cause, it is

**ORDERED** that a Pretrial Release Bond hearing is hereby set for **10 October 2006, at 3:00 p.m.**, before United States Magistrate Judge Delores R. Boyd, in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Done this 6th day of October 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE