**COURTROOM DEPUTY MINUTES**  **DATE:** 10/6/06
**MIDDLE DISTRICT OF ALABAMA**

**DIGITAL RECORDING:** 3:53 - 4:08

- [√] **INITIAL APPEARANCE**
- [ ] **DETENTION HEARING**
- [ ] **REMOVAL HEARING (R.40)**
- [ ] **ARRAIGNMENT**
- [ ] **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- [ ] **PRELIMINARY EXAMINATION**

---

**PRESIDING MAG. JUDGE** DELORES R. BOYD    **DEPUTY CLERK:** WANDA ROBINSON

**CASE NO.** 2:06cr170-WHA    **DEFT. NAME:** Jessica Lumanai Brumaghim

**USA:** Clark Morris    **ATTY:** Richard Keith

Type Counsel:  ( ) Retained;  (√) Panel CJA;  ( ) Waived;  ( ) CDO ;

**USPTSO/USPO:** Tamara Martin

Defendant _____ does √ does NOT need an interpreter; NAME _____

---

- [√] Kars.    Date of Arrest **10/6/06**    or   [ ] karsr40
- [√] kia.    Deft. First Appearance. Advised of rights/charges. [ ] Pro/Sup Rel Violator
- [√] Finaff.    Financial Affidavit executed [ ] to be obtained by PTS; √ **ORAL** Motion for Appt. Of Counsel.
- [ ] koappted    **ORAL ORDER** appointing Federal Defender  -  **Notice to be filed.**
- [√] 20appt.    Panel Attorney Appointed;   √ to be appointed - prepare voucher
- [ ]    Deft. Advises he will retain counsel. Has retained _____
- [ ]    Government's **ORAL** (kgoralm.) Motion for Detention Hrg. [ ] To be followed by written motion;
- [ ]    Government's **WRITTEN** Motion for Detention Hrg. filed.
- [ ]    **DETENTION HRG** [ ] held; [ ] set for _____ ; [ ] **Prelim. Hrg** [ ] Set for _____
- [ ] kotempdtn.    **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- [ ] kodtn.    **ORDER OF DETENTION PENDING TRIAL** entered
- [ ] kocondrls.    Release order entered. [ ] Deft. advised of conditions of release.
- [ ] kbnd.    [ ] **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
    [ ] **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- [√] Loc.(LC)    Bond **NOT** executed. Deft to remain in Marshal's custody
- [ ] ko.    Deft. **ORDERED REMOVED** to originating district
- [ ] kwvprl.    Waiver of [ ] Preliminary hearing; [ ] Kwvr40hrg. (Waiver of R.40 Hearing)
- [ ]    Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- [ ] Karr.    **ARRAIGNMENT** SET FOR: _____ **HELD**. Plea of **NOT GUILTY** entered.
    Trial Term _____ ;    PRETRIAL CONFERENCE DATE: _____
    DISCOVERY DISCLOSURES DATE: _____
- [ ] Krmknn.    **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- [ ] krmvhrg.    Identity/Removal Hearing set for _____
- [ ] Kwvspt    **Waiver of Speedy Trial Act Rights Executed**.

Pretrial Release Bond Hearing scheduled for 10/10/06 @ 3:00 p.m.