# COURTROOM DEPUTY MINUTES
## MIDDLE DISTRICT OF ALABAMA

DATE: _____

DIGITAL RECORDING: 2:59-3:31 pm
4:05-4:15 pm

- [ ] INITIAL APPEARANCE
- [✓] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: Delores Boyd                DEPUTY CLERK: sql

CASE NO.: 1:06CR170-WHA                           DEFT. NAME: Jessica Lumanai BRUMAGHIM

USA: Morris                                       ATTY: Richard Keith
Type Counsel: ( ) Retained; (✓) Panel CJA; ( ) Waived; ( ) CDO
( ) Stand In ONLY

(USPTSO)/USPO: Wood

Defendant _____ does  ✓ does NOT need an interpreter

Interpreter present  ✓ NO _____ YES   NAME: _____

- ☐ kars.  Date of Arrest _____ or ☐ karsr40
- ☐ kia.  Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ kcnsl.  Deft. First Appearance with Counsel
- ☐  Deft. First Appearance without Counsel
- ☐  Requests appointed Counsel  ☐ ORAL MOTION for Appointment of Counsel
- ☐ kfinaff.  Financial Affidavit executed ☐ to be obtained by PTSO
- ☐ koappted  ORAL ORDER appointing Community Defender Organization  - Notice to be filed.
- ☐ k20appt.  Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐  Deft. Advises he will retain counsel. Has retained _____
- ☐  Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐  Government's WRITTEN Motion for Detention Hrg. filed.
- ☐ kdmhrg.  Detention Hearing ☐ held; ☐ set for _____
- ☐ kotempdtn.  ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ kodtn.  ORDER OF DETENTION PENDING TRIAL entered
- [✓] kocondrls.  Release order entered. Deft. advised of conditions of release
- [✓] kbnd.  ☐ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
- ☐  ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐ kloc.(LC)  Bond NOT executed. Deft to remain in Marshal's custody
- ☐  Preliminary Hearing ☐ Set for _____
- ☐ ko.  Deft. ORDERED REMOVED to originating district
- ☐ kwvprl.  Waiver of ☐ preliminary hearing; ☐Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐  Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
- ☐ karr.  ARRAIGNMENT SET FOR: _____ ☐ HELD. Plea of NOT GUILTY entered.
  ☐ Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
  DISCOVERY DISCLOSURES DATE: _____
- ☐ krmknn.  NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.  Identity/Removal Hearing set for _____
- ☐ kwvspt  Waiver of Speedy Trial Act Rights Executed

AO 432
(Rev. 2/84)

**Administrative Office of the United States Courts**

# WITNESS AND EXHIBIT RECORD

| DATE | CASE NUMBER | OPERATOR | PAGE NUMBER |
|---|---|---|---|
| 10/10/2006 | 1:06CR170-WHA | S. Q. Long, Jr., Courtroom Deputy | 1 |

| NAME OF WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL |
|---|---|---|---|---|---|
| Helen Hudgins | Yes | No | | | MJ BOYD |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| | | | |