**COURTROOM DEPUTY MINUTES**  **DATE:** 11/13/06
**MIDDLE DISTRICT OF ALABAMA**
**DIGITAL RECORDING:** 10:41 - 10:51 am

- ☐ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ✓ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE **DELORES R. BOYD**   DEPUTY CLERK: **WANDA ROBINSON**

CASE NO. **1:06cr170-WHA**   DEFT. NAME: **Jessican Lumanai Brumaghim**

USA: **Clark Morris**   ATTY: **Richard Kelly Keith**

Type Counsel: ( ) Retained; (✓) Panel CJA; ( ) Waived; (✓) CDO;

USPTSO/USPO: _____

Defendant ___ does ✓ ___ does NOT need an interpreter; NAME _____

- ☐ Kars.      Date of Arrest _____ or ☐ karsr40
- ☐ kia.       Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ Finaff.    Financial Affidavit executed ☐ to be obtained by PTS; ☐ ORAL Motion for Appt. Of Counsel.
- ☐ koappted   ORAL ORDER appointing Federal Defender - **Notice to be filed.**
- ☐ 20appt.    Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐           Deft. Advises he will retain counsel. Has retained _____
- ☐           Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐           Government's WRITTEN Motion for Detention Hrg. filed.
- ☐           DETENTION HRG ☐ held; ☐ set for _____; ☐ Prelim. Hrg ☐ Set for _____
- ☐ kotempdtn. ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ kodtn.     ORDER OF DETENTION PENDING TRIAL entered
- ☐ kocondrls. Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd.      ☐ BOND EXECUTED (M/D AL charges) $ _____ Deft released (kloc LR)
              ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐ Loc.(LC)   Bond NOT executed. Deft to remain in Marshal's custody
- ☐ ko.        Deft. ORDERED REMOVED to originating district
- ☐ kwvprl.    Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐           Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
- ✓ Karr.     ARRAIGNMENT SET FOR: _____ ✓ HELD. Plea of NOT GUILTY entered.
              ✓ Trial Term 1-8-07; ✓ PRETRIAL CONFERENCE DATE: 12-19-06
              ✓ DISCOVERY DISCLOSURES DATE: 11-27-06
- ☐ Krmknn.    NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.   Identity/Removal Hearing set for _____
- ☐ Kwvspt     **Waiver of Speedy Trial Act Rights Executed.**