# United States District Court

for

## Middle District of Alabama

RECEIVED
2006 DEC -6  P 1: 10

### Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

Name of Defendant: JESSICA LUMANAI BRUMAGHIM        Case Number: 1:06-CR-170-WHA

Name of Releasing Judicial Officer: The Honorable Delores R. Boyd, U.S. Magistrate Judge

Date of Release: October 10, 2006

Original Offense: Conspiracy to Possess with Intent to Distribute Methamphetamine

Type of Release: $25,000 Unsecured Appearance Bond

Conditions of Release: Report to pretrial services as directed; Maintain or actively seek employment; Electronic Monitoring; No firearms; Drug testing and/or treatment; Report any law enforcement contact, Refrain from possession of any type of drug paraphernalia, Travel restricted to the Middle District of Alabama

Assistant U.S. Attorney: Clarke Morris        Defense Attorney: Richard K. Keith

## PETITIONING THE COURT

[X]    To issue a warrant
[ ]    To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Condition 7 (t): "You are restricted to your residence at all times except for employment; education; religious services; or other activities as approved by pretrial services." | Brumaghim left without permission from her residence at 204 Brenda Lane, Enterprise, AL 36330 on December 1, 2006, December 2, 2006, December 3, 2006, and December 4, 2006. |

Supervision history of defendant and actions taken by officer: Barring the instant violations, Brumaghim has performed satisfactorily while on pretrial supervision.

U.S. Probation Officer Recommendation:

[X]　The term of supervision should be:
[X]　revoked.
[ ]　No action.
[ ]　The conditions of supervision should be modified as follows:

I declare under the penalty that the forgoing is true and correct.

Respectfully submitted,

by *[signature]*

Willie Bernard Ross, Jr.
Senior U.S. Probation Officer
Date: December 5, 2006

Reviewed and approved: *Sandra Wood*
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]　No Action
[ ]　The Issuance of a Warrant
[ ]　The Issuance of a Summons
[ ]　Other

_____
Signature of Judicial Officer

_____
Date