COURTROOM DEPUTY MINUTES        DATE: **DECEMBER 12, 2006**
MIDDLE DISTRICT OF ALABAMA
                                DIGITAL RECORDING:  3:24 - 3:26

- ✓ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (Rule 5)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE <u>CHARLES S. COODY</u>        DEPUTY CLERK: <u>WANDA STINSON</u>

CASE NO. <u>1:06CR170-WHA-CSC</u>        DEFT. NAME: <u>JESSICA L. BRUMAGHIM</u>

USA: <u>A. CLARK MORRIS</u>        ATTY: <u>RICHARD KEITH</u>

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO;

USPTSO/USPO: <u>BERNARD ROSS</u>

Defendant _____ does ✓ does NOT need an interpreter; NAME:_____

| | | |
|---|---|---|
| ✓ Kars. | Date of Arrest **12/12/06** | or ☐ Rule 5 Arrest |
| ✓ kia. | Deft. First Appearance. Advised of rights/charges. ✓ **Pretrial Release** / Pro/Sup Rel Violator | |
| ☐ Finaff. | Financial Affidavit executed ☐ to be obtained by PTS; ☐ **ORAL** Motion for Appt. Of Counsel. | |
| ☐ koappted | **ORAL ORDER** appointing Federal Defender - **Notice to be filed.** | |
| ☐ 20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher | |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ | |
| ☐ | Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; | |
| ☐ | Government's **WRITTEN** Motion for Detention Hrg. filed. **DETENTION HRG** ☐ held; ☐ Set for _____; ✓ Prelim. Hrg Set for **12/19/06 @ 2:00 p.m.** | |
| ☐ kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered | |
| ☐ kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered | |
| ☐ kocondrls. | Release order entered. ☐ Deft. advised of conditions of release. | |
| ☐ kbnd. | ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR) | |
| | ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered | |
| ☐ Loc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody | |
| ☐ ko. | Deft. **ORDERED REMOVED** to originating district | |
| ☐ krmvhrg. | Identity/Removal Hearing ☐ set for _____; ☐ **WAIVER** of Rule 5 & 5.1 Hearings | |
| ☐ kwvprl. | Waiver of Preliminary hearing; | |
| ☐ | Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury. | |
| ☐ Karr. | **ARRAIGNMENT** SET FOR:_____ ☐ **HELD**. Plea of **NOT GUILTY** entered. | |
| | ☐ Trial Term _____; ☐ **PRETRIAL CONFERENCE DATE:** _____ | |
| | ☐ **DISCOVERY DISCLOSURES DATE:** _____ | |
| ☐ Krmknn. | **NOTICE** to retained Criminal Defense Attorney handed to Counsel | |
| ☐ Kwvspt | Waiver of Speedy Trial Act Rights Executed. | |