COURTROOM DEPUTY MINUTES   DATE: DECEMBER 14, 2006   FTR RECORDING: 10:35

MIDDLE DISTRICT OF ALABAMA         COURT REPORTER: JAMES DICKENS

☐ ARRAIGNMENT   √ CHANGE OF PLEA   ☐ CONSENT PLEA

☐ RULE 44(c) HEARING   ☐ SENTENCING

| | |
|---|---|
| PRESIDING MAG. JUDGE: CHARLES S. COODY | DEPUTY CLERK: WANDA STINSON |
| CASE NUMBER: 1:06CR170-WHA-CSC | DEFENDANT NAME: JESSICA L. BRUMAGHIM |
| AUSA: A. CLARK MORRIS | DEFENDANT ATTY: RICHARD KEITH |
| | Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; ( ) CDO |
| USPTS/USPO: | |
| Defendant ___ does √ does NOT need and interpreter. Name: | |

☐ This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)

☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

☐ **ORAL ORDER** Appointing ☐ FPD or ☐ CJA Panel. Notice of Appearance to be filed.

☐ **WAIVER OF INDICTMENT** executed and filed.

☐ **FELONY INFORMATION** filed.

☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ☐ Not Guilty   ☐ Nol Contendere   ☐ Not Guilty by reason of insanity

√ Guilty as to:   √ Count(s) 1s   of the Second **Superseding Indictment.**

☐ Count(s) _____   ☐ dismissed on oral motion of USA;

☐ To be dismissed at sentencing.

√ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

☐ No Plea Agreement entered   √ Written plea agreement filed.   ☐ ORDERED SEALED.

√ **ORAL ORDER** Adjudicating defendant guilty.

☐ **ORDER:** Defendant Continued   ☐ Same Conditions/Bond imposed by Mag. Judge;

☐ Released on Bond & Conditions of Release for:   ☐ Trial on _____;

☐ Sentencing on _____;   ☐ to be set by Separate Order

√ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

☐ Trial on _____; or √ Sentencing on _____   √ Set by separate Order.