## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v | ) | **CR. NO. 1:06CR170-WHA** |
| | ) | |
| **JESSICA LUMANAI BRUMAGHIM** | ) | |

## ORDER

For good cause, it is

**ORDERED** that the hearing on the Petition to Revoke Pretrial Release presently set for **December 19, 2006 at 2:00 p.m.** be and is hereby **CANCELED**.

Done this 14th day of December, 2006.

        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE