### IN THE UNITED STATES DISTRICT COURT FOR
### THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| )   | |
| Plaintiff,    ) | |
| )   | |
| v.    ) | Case No.  1:06-cr-0170-WHA |
| )   | |
| JESSICA LUMANAI BRUMAGHIM,    ) | |
| )   | |
| Defendant.    ) | |

### MOTION TO RESET MARCH 20, 2007 SENTENCING CONFERENCE

COMES NOW, the defendant, Jessica Lumanai Brumaghim, by and through the undersigned attorney, Richard K. Keith, and moves this Honorable Court to reset the March 20, 2007 Sentencing Conference.

As grounds in support thereof, the following is stated:

1. The defendant is scheduled for sentencing on March 20, 2007, in the above-styled cause.

2. The undersigned attorney has a previously scheduled Rule 32 hearing in a death penalty case in Talladega County (State of Alabama v. Charles Randall Stewart, Case No. CC-1990-630.60) on March 20, 2007, at 9:00 a.m., that has been continued several times in the past.

3. Assistant United States Attorney Clark Morris has been contacted and has no objections.

WHEREFORE, premises considered, the defendant moves this Honorable Court to reset the March 20, 2007 Sentencing Conference in this cause.

Respectfully submitted this 21st day of December, 2006.

s/ Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant
**KEITH & DUBIN, PC**
22 Scott Street
Montgomery, AL  36104-4012
Telephone: (334) 264-6776
Facsimile:  (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

A. Clark Morris, AUSA
Post Office Box 197
Montgomery, AL 36101-0197

s/ Richard K. Keith
**OF COUNSEL**
