IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs.                                                      ) | CR. NO. 1:06cr170-WHA |
| JESSICA LUMANAI BRUMAGHIM ) | |

## **ORDER**

This case is before the court on the Motion to Reset March 20, 2007 Sentencing Conference (Doc. #283), filed by the Defendant on December 21, 2006. The United States does not object, based on the scheduling conflict of Defendant's counsel. It is hereby

ORDERED that the motion is GRANTED, and sentencing of the Defendant is CONTINUED from March 20, 2007, to March 21, 2007, at 9:00 a.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 28th day of December, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE