IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO.1:06-cr-170-WHA-CSC |
| JESSICA LUMANAI BRUMAGHIM ) | |

MOTION FOR ORDER DIRECTING THE UNITED STATES MARSHAL
TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody JESSICA LUMANAI BRUMAGHIM, into the custody of Special Agents Devin Whittle, Drug Enforcement Administration, and/or Kevin Souters, Alabama Bureau of Investigation, on January 4, 2007, through April 30, 2007, so that said agents can take such prisoner into custody for the purpose of transporting him to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal.

We further move the Court to enter an order directing Special Agents Devin Whittle and/or Kevin Souters to return said prisoner into the custody of the United States Marshals Service when they have finished with her.

Respectfully submitted this the 3rd day of January, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

s/A. Clark Morris
A. CLARK MORRIS    ASB-1613-N77A
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135  E-mail: clark. morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO.1:06-cr-170-WHA-CSC |
| v. | ) | |
| | ) | |
| JESSICA LUMANAI BRUMAGHIM | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Richard Keith, Esquire.

LEURA G. CANARY
UNITED STATES ATTORNEY

s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: clark.morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO.1:06-cr-170-WHA-CSC |
| v. | ) | |
| | ) | |
| JESSICA LUMANAI BRUMAGHIM | ) | |

ORDER

Upon consideration of the government's motion for release of prisoner (Doc. #   ), filed on January 3, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of JESSICA LUMANAI BRUMAGHIM to Special Agents Devin Whittle and/or Kevin Souters, from January 4, 2007, through April 30, 2007, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Special Agents Devin Whittle and/or Kevin Souters shall return said prisoner into the custody of the United States Marshals Service when they have finished with her.

Done this the _____ day of January, 2007.

_____
UNITED STATES MAGISTRATE JUDGE