IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO.1:06-cr-170-WHA-CSC |
| v. | ) | |
| | ) | |
| JESSICA LUMANAI BRUMAGHIM | ) | |

ORDER

Upon consideration of the government's motion for release of prisoner (Doc. # 311), filed on January 3, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of JESSICA LUMANAI BRUMAGHIM to Special Agents Devin Whittle and/or Kevin Souters, from January 4, 2007, through April 30, 2007, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Special Agents Devin Whittle and/or Kevin Souters shall return said prisoner into the custody of the United States Marshals Service when they have finished with her. Done this 5th day of January, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE