**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JESSICA LUMANAI BRUMAGHIM, )<br>)<br>Defendant. ) | Case No.  1:06-cr-0170-WHA |

**MOTION TO RESET MARCH 21, 2007 SENTENCING CONFERENCE**

COMES NOW, Richard K. Keith, attorney for Defendant Jessica Brumaghim, and moves this Honorable Court to reset the March 21, 2007 Sentencing Conference to March 20, 2007, in the above-styled cause.

As grounds in support thereof, the following is stated:

1. On December 28, 2006, the sentencing in the above-referenced matter was reset from March 20, 2007, to March 21, 2007, due to a scheduling conflict with the undersigned attorney.

2. The undersigned conflict on March 20, 2007, has since been resolved.

3. The co-defendant's in the above-styled matter are all scheduled for sentencing on March 20, 2007.

4. Assistant United States Attorney Clark Morris has been contacted and does not object to resetting the sentencing in this matter to March 20, 2007.

WHEREFORE, premises considered, the undersigned moves to reset the March 21, 2007 Sentencing Conference to March 20, 2007.

Respectfully submitted this 18th day of January, 2007.

        s/ Richard K. Keith
        **RICHARD K. KEITH (KEI003)**
        Attorney for Defendant
        **KEITH & DUBIN, P.C.**
        22 Scott Street
        Montgomery, AL  36104-4012
        Telephone: (334) 264-6776
        Facsimile:  (334) 265-5362

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Clark Morris, AUSA
    United States Attorney's Office
    Post Office Box 197
    Montgomery, AL 36101-0197

        s/ Richard K. Keith
        **OF COUNSEL**