IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA              )

vs.                                   )     CR. NO. 1:06cr170-WHA

JESSICA LUMANAI BRUMAGHIM             )

**ORDER**

Upon consideration of the Motion to Reset March 21, 2007 Sentencing Conference (Doc. #334), it is hereby

ORDERED that the motion is GRANTED, and the sentencing of the Defendant, previously set for March 21, 2007, is RESET for March 20, 2007 at 10:00 a.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 24th day of January, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE