IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.   1:06-cr-0170-WHA |
| | ) | |
| JESSICA LUMANAI BRUMAGHIM, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO REINSTATE PRETRIAL RELEASE**

COMES NOW, the defendant, Jessica Lumanai Brumaghim, by and through the undersigned attorney, Richard K. Keith, and moves this Honorable Court to reinstate her pretrial release.

As grounds in support thereof, the following is stated:

1. Defendant had previously been out on electronic monitoring until on or about December 12, 2006, at which time her pretrial release was revoked.

2. Defendant has recently made suitable housing arrangements in Enterprise, Alabama, which includes a working telephone line for electronic monitoring.  She has an apartment available to her located at 200 Herron Cove Drive, Apartment 19-D, Enterprise, Alabama.

3. The defendant would be residing with a friend, Wes Folds (owner of Ed's Machine Shop in Enterprise, Alabama), who will supervise her.

4. Defendant has pled guilty and is assisting the government. Her sentencing is set for March 20, 2007.

5. Additionally, Defendant desires to be able to spend time with her minor children prior to being sentenced.

WHEREFORE, premises considered, the defendant moves this Honorable Court to reinstate her pretrial release.

Respectfully submitted this 14th day of February, 2007.

>s/ Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant
**KEITH & DUBIN, P.C.**
22 Scott Street
Montgomery, AL  36104-4012
Telephone: (334) 264-6776
Facsimile:  (334) 265-5362
E-mail: rkk@rkeithlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

A. Clark Morris, AUSA
Post Office Box 197
Montgomery, AL 36101-0197

>s/ Richard K. Keith
>**OF COUNSEL**