IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:06CR170-WHA |
| | ) | |
| JESSICA LUMANAI BRUMAGHIM | ) | |

**ORDER**

Upon consideration of the defendant's motion to reinstate pretrial release, it is

ORDERED that the motion be and is hereby DENIED. At the time the defendant entered a guilty plea to count one of the indictment charging her with conspiracy to unlawfully manufacture, possess with intent to distribute and distribute 50 grams or more of methamphetamine in violation of 18 U.S.C. § 846 and 841(a)(1), a petition to revoke the defendant's pretrial release was pending but dismissed as moot when the court remanded her to custody pending sentence. The basis of that petition was the defendant's inability to comply with the conditions of her release. In addition, the defendant has not shown the existence of the prerequisites for release under 18 U.S.C. § 3143(a)(2).

Done this 21st day of February, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE